UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  ROSENDO CRUZ                       :   CHAPTER 13
        Debtor                             :
                                           :
        JACK N. ZAHAROPOULOS               :
        STANDING CHAPTER 13 TRUSTEE        :
        Movant                             :
                                           :
        vs.                                :
                                           :
        ROSENDO CRUZ                       :
        Respondent                         :   CASE NO.   5-24-bk-00431


TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN


        AND NOW, this   25th   day of March , 2024, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's
plan for the following reason(s):

        1.  The Trustee avers that debtor's plan is not feasible based upon the following:

            a.  The plan is underfunded relative to claims to be paid.

        WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable
and therefore Trustee prays that this Honorable Court will:

            a.  Deny confirmation of debtor(s) plan.
            b.  Dismiss or convert debtor(s) case.
            c.  Provide such other relief as is equitable and just.

                        Respectfully submitted:



                        /s/Jack N. Zaharopoulos
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

   AND NOW, this  1st  day of April, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA   18360


         <u>/s/Deborah A. DePalma  </u>
         Office of Jack N. Zaharopoulos
         Standing Chapter 13 Trustee