UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:                                                                                                                **CASE NO.: 24-00431**
                                                                                                                                  **CHAPTER 13**

**Rosendo Cruz,**
    **Debtor.**

_____/

### REQUEST FOR SERVICE

     **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of The Bank of New York Mellon, formerly known as The Bank of New York, not in its individual capacity but solely as Trustee on behalf of the holders of the CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certificates, Series 2007-1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

        **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
                    **13010 MORRIS ROAD, SUITE 450**
                        **ALPHARETTA, GA 30004**

                                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                     Authorized Agent for Secured Creditor
                                                    130 Clinton Rd #202
                                                    Fairfield, NJ 07004
                                                    Telephone: 470-321-7112

                                                    By: <u>/s/Robert Shearer</u>
                                                         Robert Shearer
                                                         Email: rshearer@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

ROSENDO CRUZ
107 PINEWOOD DRIVE NORTH
EAST STROUDSBURG, PA 18302

And via electronic mail to:

NEWMAN WILLIAMS
712 MONROE STREET
STROUDSBURG, PA 18360

JACK N ZAHAROPOULOS
STANDING CHAPTER 13
(TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

UNITED STATES TRUSTEE
US COURTHOUSE
1501 N. 6TH ST
HARRISBURG, PA 17102

By: /s/Amber Matas